IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WACHOVIA BANK, NATIONAL ASSOCIATION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO. 09-0006-CG-B ) ) |
| JAMES RAY BUILDERS, INC., and JAMES R. RAY, | ) ) ) |
| Defendants. | ) |

## FINAL JUDGMENT

In accordance with the court's order entered November 11, 2009 (Doc. 47), granting Plaintiff's motion for summary judgment, and after review of Plaintiff's accounting of fees interest and costs (Doc. 48), it is hereby **ORDERED, ADJUDGED, and DECREED** that judgment is entered in favor of plaintiff, Wachovia Bank, National Association, and against James Ray Builders, Inc., and James R. Ray, jointly and severally, in the amount of **$274,592.97**, as of December 4, 2009.  Wachovia Bank, National Association, is also awarded applicable post judgment interest pursuant to 28 U.S.C. § 1961.

**DONE and ORDERED** this 8th day of December, 2009, nunc pro tunc.

/s/  Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE