IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **WELLS FARGO BANK, NATIONAL ASSOCIATION, successor by merger to Wachovia Bank, National Association,** | * * * * | |
| **Plaintiff,** | * * | |
| vs. | * | CIVIL ACTION NO. 09-00006-KD-B |
| **JAMES RAY BUILDERS, INC. , and JAMES R. RAY,** | * * * * | |
| **Defendants.** | * | |

## ORDER

This action is before the Court on the motion to condemn garnished funds filed by Plaintiff Wells Fargo Bank wherein it seeks an order condemning and disbursing the sum of $1,917.53 paid into Court by garnishee First Community Bank (doc. 82). Defendants were provided with the opportunity to respond by June 20, 2011 (doc. 83), but did not file a response. Upon consideration, the motion is **GRANTED**.

Pursuant to the motion, the funds shall be disbursed to Wells Fargo by check payable to Wells Fargo Bank, National Association and mailed to counsel at the following address:

   Jennifer H. Henderson
   Counsel for Wells Fargo Bank, National Association
   Bradley Arant Boult Cummings LLP
   One Federal Place
   1819 Fifth Avenue North
   Birmingham, Alabama  35203

**DONE** this 28th day of June, 2011.

                              s/ Kristi K. DuBose
                              **KRISTI K. DuBOSE**
                              **UNITED STATES DISTRICT JUDGE**